UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-cv-60724-Dimitrouleas

MARK ONEIL PALMER,

    Plaintiff,

v.

JADAA, CORP D/B/A GARDENS SMOKE SHOP *et al.*,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:     Defendant:     Jadaa, Corp d/b/a Gardens Smoke Shop
       Registered Agent:    Jadaa Aljadaa
                              10665 SW 190th Street Unit 3101
                              Miami, Florida 33157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-cv-60724-Dimitrouleas

MARK ONEIL PALMER,

    Plaintiff,

v.

JADAA, CORP D/B/A GARDENS SMOKE SHOP *et al.*,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Jadaa Aljadaa
2603 SW 130th Ter
Miramar, Florida 33027

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:  (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C. A. Weech
Deputy Clerk
U.S. District Courts